CROSNER LEGAL, P.C.
Craig W. Straub (SBN 249032)
craig@crosnerlegal.com
Zachary M. Crosner (SBN 272295)
zach@crosnerlegal.com
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429

*Attorneys for Plaintiff*
EUGENIA MCLAURIN

PROSKAUER ROSE LLP
Shawn S. Ledingham
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
(310) 284-5659
sledingham@proskauer.com

*Attorneys for Defendant*
CVS PHARMACY INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIA MCLAURIN individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC.,<br><br>Defendant. | Case No. 2:24-cv-05177-PA-MAR<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Percy Anderson<br>Courtroom: 9A |

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Eugenia McLaurin ("Plaintiff") and Defendant CVS Pharmacy, Inc. ("Defendant"), by and through their respective counsel, hereby stipulate to dismissal of the above-captioned action (the "Action") as follows: (1) Plaintiff's individual claims in the Action are dismissed with prejudice; (2) any putative class claims in the Action are dismissed without prejudice; and (3) each party to bear its own attorneys' fees, costs, and expenses.

Respectfully Submitted,

Dated: July 12, 2024                CROSNER LEGAL, P.C.

By: */s/ Craig W. Straub*
      Craig W. Straub

*Attorney for Plaintiff*
EUGENIA MCLAURIN

Dated: July 12, 2024                PROSKAUER ROSE LLP

By: */s/ Shawn S. Ledingham*
      Shawn S. Ledingham

*Attorney for Defendant*
CVS PHARMACY, INC.

1

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

Statement of Authority to File Per Civil L.R. 5-4.3.4(a)(2)(i): I attest that all signatories on this document and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing of this document.

Dated: July 12, 2024

CROSNER LEGAL, P.C.

By: */s/ Craig W. Straub*
    Craig W. Straub

*Attorney for Plaintiff*
EUGENIA MCLAURIN

2
STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)